UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FOREST JOHNSON,

    Plaintiff,

v.

M. CARD, *et al.*,

    Defendants.

Case No. 19-cv-13511
Hon. Matthew F. Leitman

_____/

## JUDGMENT

In accordance with the Order issued on this date, **IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**; and

It is **CERTIFIED** that any appeal would not be undertaken in good faith.

    KINIKIA ESSIX
    CLERK OF COURT

By:   s/Holly A. Ryan
       Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: February 24, 2022
Detroit, Michigan

1